UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 09-6951-PLA                                         Date  October 8, 2009

Title: Soo J. Lee v. Just Mortgage, Inc., et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**       (IN CHAMBERS)

IT IS ORDERED that counsel show cause, **no later than October 23, 2009**, why this action should not be dismissed for the failure to pay the required fee.

Counsel is advised that the Court will consider the payment of $395.00 (the original filing fee, plus a $45.00 returned check processing fee), by tendering cash, cashier's check or money order as a satisfactory response to the ORDER TO SHOW CAUSE.

cc:     Counsel of Record

Initials of Deputy Clerk_____ch_____

CV-90 (10/98)                               CIVIL  MINUTES  -  GENERAL